1  ROBERT WAGGENER, SBN: 118450
   LAW OFFICE OF ROBERT WAGGENER
2  214 Duboce Avenue
   San Francisco, California 94103
3  (415) 431-4500

4  Attorney for Defendant BARBARA ALVAREZ

**FILED**

JAN 1 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR06 00217 DLJ |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING |
| v. | |
| BARBARA ALVAREZ | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties that the sentencing hearing for defendant BARBARA ALVAREZ, currently scheduled for January 12, 2007, at 10:00 a.m. be continued to January 19, 2007, at 10:00 a.m.

Dated:   January 10, 2007

_____
ROBERT WAGGENER
Attorney for Defendant
BARBARA ALVAREZ

Dated:   1/10  , 2007

_____
DANA WAGNER
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated:   1-11-07

_____
D. LOWELL JENSEN
United States District Court Judge

C:\Data\FD\Stipulations\Sentencing\S&OTCS.ba.wpd